915 A.2d 1047

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. IRA L. BRYAN, DEFENDANT–PETITIONER.

January 25, 2007.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).

915 A.2d 1047

ROSA RODRIGUEZ, PLAINTIFF–RESPONDENT, v. HOSSAM KASSEM, DEFENDANT–PETITIONER.

January 31, 2006.

Denied.